Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Attorney for Debtor
2258 Monument Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Bankruptcy Case # 10-71539 |
| Guprin Fasail, | ) Chapter 7 |
| Debtor | ) **DECLARATION RE REFUND** |
| | ) **TO DEBTOR** |

I, Carl Gustafson, declare that:

1. On or about February 1, 2011, I refunded the Debtor, Guprin Fasail, in the amount of $917.00.
2. The Debtor testified of this refund at the meeting of creditors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 4th day of April, 2011.        /s/ Carl Gustafson
                                           Lincoln Law, LLP
                                           Attorney at Law

1